UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MEHRAN GHANOUNI,

    Defendant.

NO. CR18-45-RAJ

DETENTION ORDER

Offenses charged:

    Count 1:    Conspiracy to Violate the International Emergency Economic Powers Act.

    Count 2:    False Statement

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant is not a U.S. citizen, but has dual Canadian-Iranian citizenship.

    2.    Defendant has no ties to this jurisdiction.

    3.    Defendant has strong family ties in Canada and Iran.

    4.    Defendant has a substantial history of international travel.

    5.    There is no effective way to deal with supervision in Canada.

6. Defendant has no incentive to remain in the U.S. to answer for the charges filed.

7. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of March, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge