Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MEHRAN GHANOUNI, <br><br> Defendant. | NO. CR18-045RAJ <br><br> ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

THIS MATTER, having come before the Court upon the Government's Unopposed Motion for an Extension of Time, and the Court finding good cause, hereby GRANTS the Government's Unopposed Motion (Dkt. #51) and ORDERS that the Government's responses to the Defendant's pretrial motions are due July 3, 2018, and the Defendant's replies are due July 9, 2018.

DATED this 29th day of June, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING EXTENSION OF TIME - 1
U.S. v. GHANOUNI, CR18-045RAJ