Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEHRAN GHANOUNI,<br><br>Defendant. | No. CR18-45RAJ<br><br>ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch that was provided to the 12-member jury in the above entitled action, which was in deliberations on August 10, 2018

DATED this 10th day of August, 2018.

_____
The Honorable Richard A. Jones
United States District Judge