Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MEHRAN GHANOUNI, <br><br> Defendant. | No. CR18-45RAJ <br><br> JUDGMENT OF ACQUITTAL |

The defendant having been found not guilty in this case on August 10, 2018 by jury verdict, the defendant is hereby ACQUITTED of the charges contained in the Superseding Indictment.

The defendant shall be immediately released from his Appearance Bond related to these charges, and the case is dismissed with prejudice.

DATED this 10th day of August, 2018.

*(signature)*
The Honorable Richard A. Jones
United States District Judge